**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAMORA PIERCE,

    Plaintiff,

vs.                             CASE NO. 6:06-CV-292-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 34, filed September 1, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 34) is **ADOPTED and AFFIRMED.** The decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for further proceedings. The Clerk of Court shall enter judgment consistent with this Order and thereafter shall close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___11th___ day of September, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record